UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | (       , J.) |
| | : | |
| WILLIAM WYDA, | : | |
| Defendant | : | Filed via ECF |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

COUNT ONE
29 United States Code, §501(c)
(Embezzlement and Theft of Labor Union Assets)

In or about January 2007 through March 2009, in the Middle District of Pennsylvania and elsewhere, the defendant,

**WILLIAM WYDA**

while an officer of a labor organization engaged in an industry affecting commerce, that is, Secretary-Treasurer, of the National Association of Letter Carriers Branch 253, did embezzle, steal and unlawfully and willfully convert to his own use the moneys of said labor organization in the amount of $14,081.51.

In violation of Title 29, United States Code, Section 501(c).

3/21/11
_____
Date

_____
PETER J. SMITH
United States Attorney